■ · In the Matter of MONROE COUNTY DEPUTY SHERIFF's LOCAL 2964, COUNCIL 82, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, Appellant, v COUNTY OF MONROE et al., Respondents. — Order unanimously, reversed, with costs, and petitioner's motion granted. Memorandum: The arbitrator's award should not have been vacated because she did not exceed her authority (see CPLR 7511, subd [b], par 1, cl [iii]) and her decision was not wholly irrational (see *Matter of Allen [New York State]*, 53 NY2d 694, 696; *Central Sq. Teachers Assn. v Board of Educ.*, 52 NY2d 918, 919). Questions regarding whether there has been compliance with procedural stipulations which the parties have collectively agreed to follow during arbitration, and the consequences of noncompliance are for resolution by the

arbitrator (see *Matter of County of Rockland [Primiano Constr. Co.],* 51 NY2d 1, 8-9). (Appeal from order of Supreme Court, Monroe County, John J. Conway, J. — arbitration.) Present — Dillon, P. J., Hancock, Jr., Green, O'Donnell and Schnepp, JJ.